IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02712-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 98.245.226.2,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on January 30, 2014 (ECF No. 13), it is

ORDERED that Defendant John Doe, assigned the IP address 98.245.226.2, is **DISMISSED WITHOUT PREJUDICE** and this case is terminated.

Dated:  January 30, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge